UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RASHOD LEWIS,

          Defendant.

------------------------------------------------------------X

16 CR 311-02 (KMW)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/20
```

WOOD, U.S.D.J.:

    Defendant has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The United States Attorney for the Southern District of New York is hereby ordered to serve and file an answer by **June 8, 2020.** The Government shall file with its answer the record on appeal, appellate briefs, and relevant trial and post-conviction records and transcripts. Defendant may serve and file reply papers by **July 6, 2020.**

              SO ORDERED.

Dated: New York, New York
       April 26, 2020

                              /s/ Kimba M. Wood
                              Kimba M. Wood
                             United States District Judge