**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21

**By ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

Re:   *United States* v. *Rudge, et al.*, 16 Cr. 311

Dear Judge Wood:

I am leaving the U.S. Attorney's Office at the end of this week. Accordingly, I respectively request that the Court terminate my appearance in this case and remove me from the docket.

*KMW Granted*

Respectfully submitted,

Audrey Strauss
United States Attorney

By: ____/s/_____
Sarah Krissoff
Assistant United States Attorneys
(212) 637-2232

cc: Defense Counsel (by ECF)

SO ORDERED: N.Y., N.Y.  10/13/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.