Dear Kimba Woods,

   I'm writing you in regards of needing an appointed counsel and filing my "Compassion Release". I meet all the critirea, extra ordanary and compelling reason, new non-retro active change in the Law and also, some of the 2025 sentencing Amendments. So I'm trying to seek counsel with helping me finish my "Compassion Release" motion. I have been locked up for over ten years now, due to lockedowns in Higher Security Prisons. I have not been able to file "Compassion Release Motion" properly so, I'm asking the court could they appoint me a counselor. Please and thank you, I'll be looking forward to hearing from you.

                    Sincerely,
                    Rashod Lewis # 77630-054

Case 1:16-cr-00311-KMW    Document 607    Filed 05/28/26    Page 2 of 2

Rashad Lewis No. 77830-054
CI McDowell
P.o. Box 1009
Welch. WV 24801

CHARLESTON WV 250

19 MAY 2026 PM 1 L

RECEIVED

MAY 26 2026

CLERK'S OFFICE
S.D.N.Y.

Clerk of Courts
united States District court
Southern District of New York
U.S court House- 500 Pearl Street
New York, NY 10007

Legal mail

10007-131699