UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

RASHOD LEWIS,

                         Defendant.

------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

Defendant Rashod Lewis has filed a pro se motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 610.)  The Government is ordered to respond to the Defendant's motion by July 29, 2026.  Defendant's reply, if any, is due by August 26, 2026.  The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Lewis.

SO ORDERED.

Dated: New York, New York
      July 10, 2026

                                KIMBA M. WOOD
                       UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/26