UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        - v. -

RASHOD LEWIS,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF CASE**

**NOTICE OF APPEARANCE
AND REQUEST FOR
ELECTRONIC NOTIFICATION**

No. 16 Cr. 00311 (KMW)

TO:    Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                       Respectfully submitted,

                       JAY CLAYTON
                       United States Attorney for the
                       Southern District of New York

by: _____
                       Andrew Lief
                       Assistant United States Attorney
                       (212) 637-0083

TO:    Counsel of Record (via ECF)