# Exhibit A

```
   BOPT5            *          INMATE DISCIPLINE DATA            *      07-10-2026
PAGE 001 OF 003   *    CHRONOLOGICAL DISCIPLINARY RECORD      *      12:50:15


REGISTER NO: 77630-054  NAME..: LEWIS, RASHOD
FUNCTION...: PRT          FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-10-2026


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4224218 - SANCTIONED INCIDENT DATE/TIME: 12-05-2025 0949
DHO HEARING DATE/TIME: 01-20-2026 0900
FACL/CHAIRPERSON.....: MCD/J. MULLINS
REPORT REMARKS.......: INMATE ADMITTED AND ACCEPTED RESPONSIBILITY.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P   TO COMPLY WITH PLRA GUIDELINES
        LP COMM   / 120 DAYS / CS
                FROM: 01-20-2026  THRU: 05-19-2026
        COMP:    LAW:    TO DETER FUTURE LIKE BEHAVIOR
        LP PHONE  / 120 DAYS / CS
                FROM: 01-20-2026  THRU: 05-19-2026
        COMP:    LAW:    TO DETER FUTURE LIKE BEHAVIOR
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3880096 - SANCTIONED INCIDENT DATE/TIME: 01-12-2024 0859
DHO HEARING DATE/TIME: 01-18-2024 0930         DHO REPT DEL: 01-24-2024 1500
FACL/CHAIRPERSON.....: BSY/M.WEBB
REPORT REMARKS.......: INMATE ATTENDED THE HEARING AND MADE NO COMMENT
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 3
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS OF GCT
        DS        / 10 DAYS / CS
                FROM: 01-18-2024  THRU: 01-27-2024
        COMP:    LAW:    10 DAYS OF DS
        LP PHONE  / 3 MONTHS / CS
                FROM: 01-18-2024  THRU: 04-17-2024
        COMP:    LAW:    3 MONTHS LOSS OF PHONE PRIVILEGES
DHO HEARING DATE/TIME: 01-18-2024 0930 REPORT 3880096 CONTINUED
        LP TABLET / 3 MONTHS / CS
                FROM: 01-18-2024  THRU: 04-17-2024
        COMP:    LAW:    3 MONTHS LOSS OF TABLET PRIVILEGES
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3554389 - SANCTIONED INCIDENT DATE/TIME: 10-05-2021 2003
DHO HEARING DATE/TIME: 10-15-2021 0919         DHO REPT DEL: 12-14-2021 1215
FACL/CHAIRPERSON.....: BSY/LOTT, J.
REPORT REMARKS.......: INMATE ATTENDED HIS HEARING AND STATED, "IT WAS JUST A
                       BIG MISUNDERSTANDING."
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT   / 27 DAYS / CS
        COMP:010 LAW:P
        DS        / 30 DAYS / CS / SUSPENDED 60 DAYS
        COMP:    LAW:
DHO HEARING DATE/TIME: 10-15-2021 0919 REPORT 3554389 CONTINUED
        LP COMM   / 3 MONTHS / CS
                FROM: 10-15-2021  THRU: 01-14-2022
        COMP:    LAW:
        LP PHONE  / 3 MONTHS / CS
                FROM: 10-15-2021  THRU: 01-14-2022
        COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3320094 - SANCTIONED INCIDENT DATE/TIME: 10-24-2019 1515
DHO HEARING DATE/TIME: 11-01-2019 1217         DHO REPT DEL: 01-24-2020 1500
FACL/CHAIRPERSON.....: BSY/LOTT J



   G0002    MORE PAGES TO FOLLOW . . .
                           Page: 001/003
```

```
    BOPT5          *          INMATE DISCIPLINE DATA          *       07-10-2026
 PAGE 002 OF 003  *     CHRONOLOGICAL DISCIPLINARY RECORD     *       12:50:15


 REGISTER NO: 77630-054  NAME..: LEWIS, RASHOD
 FUNCTION...: PRT          FORMAT: CHRONO      LIMIT TO ___ MOS PRIOR TO 07-10-2026

 APPEAL CASE NUMBER(S): 1007191
 REPORT REMARKS......: INMATE ATTENDED HIS HEARING AND STATED, I ADMIT TO THE
                       DRUGS.
    113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DDC
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS / SUSPENDED 60 DAYS
         COMP:    LAW:
         LP COMM    / 6 MONTHS / CS
                    FROM: 03-01-2020  THRU: 08-31-2020
         COMP:    LAW:
 DHO HEARING DATE/TIME: 11-01-2019 1217 REPORT 3320094 CONTINUED
         LP EMAIL   / 6 MONTHS / CS
                    FROM: 11-01-2019  THRU: 04-30-2020
         COMP:    LAW:
         LP PHONE   / 6 MONTHS / CS
                    FROM: 11-01-2019  THRU: 04-30-2020
         COMP:    LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3320080 - SANCTIONED INCIDENT DATE/TIME: 10-24-2019 0958
 DHO HEARING DATE/TIME: 11-01-2019 1215          DHO REPT DEL: 01-24-2020 1500
 FACL/CHAIRPERSON.....: BSY/LOTT J
 REPORT REMARKS......: INMATE ATTENDED HIS HEARING AND STATED, I WAS TRYING TO
                       BREAK IT UP.
 DHO HEARING DATE/TIME: 11-01-2019 1215 REPORT 3320080 CONTINUED
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS / SUSPENDED 60 DAYS
         COMP:    LAW:
         LP COMM    / 4 MONTHS / CS
                    FROM: 11-01-2019  THRU: 02-29-2020
         COMP:    LAW:
         LP MPLAYER / 120 DAYS / CS
                    FROM: 11-01-2019  THRU: 02-28-2020
         COMP:    LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3146222 - SANCTIONED INCIDENT DATE/TIME: 07-15-2018 0735
 DHO HEARING DATE/TIME: 07-25-2018 1110          DHO REPT DEL: 09-17-2018 1425
 FACL/CHAIRPERSON.....: BSY/LOTT J
 REPORT REMARKS......: INMATE ATTENDED HIS HEARING AND REMAINED SILENT.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS / SUSPENDED 60 DAYS
         COMP:    LAW:
         LP COMM    / 3 MONTHS / CS
                    FROM: 07-25-2018  THRU: 10-24-2018
         COMP:    LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3086878 - SANCTIONED INCIDENT DATE/TIME: 02-08-2018 0850
 DHO HEARING DATE/TIME: 03-07-2018 0840          DHO REPT DEL: 03-27-2018 1440
 FACL/CHAIRPERSON.....: BSY/WEBB.M
 REPORT REMARKS......: INMATE MADE NO COMMENT
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1




    G0002    MORE PAGES TO FOLLOW . . . .
                       Page: 002/003
```

```
   BOPT5          *        INMATE DISCIPLINE DATA          *      07-10-2026
 PAGE 003 OF 003  *    CHRONOLOGICAL DISCIPLINARY RECORD    *      12:50:15


 REGISTER NO: 77630-054  NAME..: LEWIS, RASHOD
 FUNCTION...: PRT         FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 07-10-2026

         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P   DISALLOW 41 DAYS OF GCT
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:   30 DAYS DS/SUSPENDED 180 DAYS VIA CLEAR CONDUCT
         LP VISIT   / 60 DAYS / CS
         COMP:    LAW:   LOSS OF VISITATION PRIVILEGES FOR 60 DAYS
 --------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 2935306 - SANCTIONED INCIDENT DATE/TIME: 01-03-2017 1115
 UDC HEARING DATE/TIME: 01-10-2017 1006
 FACL/UDC/CHAIRPERSON.: BRO/I/M.W. MATOS
 REPORT REMARKS.......: INMATE STATED HE MOVED
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP VISIT   / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:   UDC SANCTIONED 30 DAYS LOSS OF VISITS SUSPENDED
                        PENDING 180 DAYS CLEAR CONDUCT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 60 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:   UDC SANCTIONED 60 DAYS LOSS OF VISITS SUSPENDED
                        PENDING 180 DAYS CLEAR CONDUCT




 G0000    TRANSACTION SUCCESSFULLY COMPLETED
                    Page: 003/003
```