10-18-26

To. Clerk of courts

My Name is Rashod Lewis Risister Number's #77630-054, I'm writing You to Inform the courts of my whereabouts and concern. I'm currently at U.S Department of Justice Federal Bureau of Prison's, Federal correctional Institution, williamsburg 8301 Highway 521, P.O Box 220 Salter's, south carolina 29590. I Have a 3582 Compassionat Release In with the Second Circut, Southern district courts. I submitted my motion to the Courts In June of this Year. I Got a response In July 20, 2026. I was soppoese to Reciere an argument Back from the A.D.A Andrew Adam's By July 29, 2026 I Never recieved any argument, But I have my mother Name Migdalia Lopez call the court's once a week to check my statue's do to the fact I was Place In [redacted] Special Housing unit (S.H.U). From my understanding there was an argument From the A.D.A. But I Never recieved anything. I Had until August, 26 2026 to respond I wrote the court's prevously to that explaining my current sitution Askins for and extiontion. I Never recieved anything letting Me know anything was recieved. I was Informed that I'm waiting on a respond Back from my Judge Kimba. M wood Can You Please write Me Back letting me know my Statue's and Sending me a copy on Andrew Adam's argument. So I could have It in Black and white knowing and being Informed on excatly what Being said. Please Get Back to me As soon as possible.

Sinceraly, Rashod Lewis

Rh

SDNY PRO SE OFFICE
2026 OCT 26 AM 9:43

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution, Williamsburg
8301 Highway 521, P.O. Box 220
Salters, South Carolina. 29590
Rashad Lewis 77630-054

COLUMBIA SC 290
20 OCT 2026 PM 2 L

FOREVER·USA

USM P3
SDNY

Pro Se

RECEIVED
OCT 23 2026
CLERK'S OFFICE
S.D.N.Y.

Silvio. J Mollo
Southern district courts
500 Pearl Street New York.
NY. 10007

Legal Mail

10007-133099

Clerk of Courts