USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________________
DATE FILED: October 27, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RASHOD LEWIS,

Defendant.

------------------------------------------------------X

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Rashod Lewis requests a status update on his *pro se* Motion for Compassionate Release, ("Motion"). (ECF No. 618). Defendant's Motion was docketed on July 8, 2026. (ECF No. 610). On July 27, 2026, the Government filed its Opposition and mailed it to Defendant. (ECF No. 613). After filing his Motion, Defendant moved from FCI McDowell to FCI Williamsburg. Defendant states that he has not received the Government's Opposition. (ECF No. 618). Today, this Court is mailing a copy of the Government's Opposition and this Order to Defendant's new address. Defendant's reply, if any, is due by November 13, 2026, but may be submitted earlier. Once the Court receives Defendant's reply, the Court will consider the motion fully briefed and ready for ruling.

SO ORDERED.

Dated: New York, New York
October 27, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge