USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: November 23, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA

v.

RASHOD LEWIS,

Defendant.
---------------------------------------------------X

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Rashod Lewis, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Mot., ECF No. 610). The Government opposes Lewis's motion. (Opp'n, ECF No. 613). Mr. Lewis filed a Reply. (Reply, ECF No. 623). The Motion, Opposition, and Reply raise a factual dispute as to Mr. Lewis's participation in a "heroic act" to save a correctional officer from harm on March 11, 2024 ("the event").

The Court directs the parties to submit affidavits clarifying the extent of Mr. Lewis's participation in the event. From the Government, the Court seeks affidavits from the Warden of Big Sandy USP and any other individuals involved in investigating the event. The Court also seeks from the Government any direct evidence of the event, such as the video of the event. From Mr. Lewis, the Court seeks an affidavit detailing specifically the actions he took to allegedly save the correctional officer from harm. The Court also seeks from Mr. Lewis evidence that he was injured during or after the event, including medical records.

In addition to the above, the Court leaves to the discretion of each party the option to put forth any additional evidence that proves or disproves Mr. Lewis's allegations regarding the event or consequences he suffered from the event.

These submissions must be filed by January 8, 2027.

SO ORDERED.

Dated: New York, New York
November 23, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge